ACCEPTED
05-16-01186-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 11:02 AM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

January 31, 2018

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/31/2018 11:02:59 AM

LISA MATZ
Clerk

Ms. Lisa Matz, Clerk
Dallas Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas  75202-4653

RE:  *State of Texas v. Raymon Villasis*
 Trial Cause No:        F13-34125-N
 Appellate Cause No:  05-16-001186-CR


Certification of Compliance with Rule 48.4

Dear Ms. Matz:

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure, I certify that on November 2, 2017, I sent to Mr. Villasis a copy of this Court's opinion and judgment, along with notification of his right to file a pro se petition for discretionary review under Rule 68. This notification was sent certified mail, return receipt requested, to Mr. Villasis at his last known address.

I have enclosed a copy of the return receipt, which for some reason does not happen to reflect a date of actual delivery.  Please include this letter in the official papers in this cause.

Thank you for your assistance in this matter.


Regards,


/s/ Michael R. Casillas
Michael R. Casillas
Assistant Public Defender


Enclosure



cc:  Grace Shin, Assistant District Attorney


133 N. Riverfront Blvd., 9th Floor, LB 2  Dallas Texas 75207-4313  Phone: (214) 653-3550  Fax: (214) 653-3539

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymon Villasis TDCJ # 02100032
Jester III Unit
3 Jester Road
Richmond, Texas 77406

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3296 7196 6335 73

2. Article Number (Transfer from service label)

7016 2140 0000 8772 3527

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

E CHARLES

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt